(104 So. 921)

Sam HILL v. STATE (6 Div. 653.) (Court of Appeals of Alabama. May 19, 1925.) Appeal from Circuit Court, Jefferson County; William E. Fort, Judge. Violating prohibition law.

SAMFORD, J. There is no bill of exceptions, and, no error appearing on the record, the judgment is affirmed.